**FILED**
Superior Court of California
County of Los Angeles

**JUL 3 0 2018**

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Veronica Casillas

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

JUVENILE DIVISION

In the Matter of:

 ET AL.,

Children

SPECIAL ORDER RE:
DISCLOSURE OF JUVENILE
COURT RECORDS PURSUANT
TO WELFARE AND
INSTITUTIONS CODE SECTION
827

Pursuant to a "Request for Disclosure of Juvenile Case Records" submitted November 13, 2017, Jessica Y. Lee, petitioner, requests a waiver of confidentiality to access the juvenile case file of S████ T██████ et al. Petitioner indicates that the requested records are necessary for use in the civil court case *Bowen v. County of Los Angeles* (Super. Ct. L.A. County, 2017, No. BC659674).

Petitioner has already received records from the dependency court file with redactions according to state and federal law. Petitioner also requested Department of Children and Family Services records that were unavailable for the court's review until after the release of the court file.

UPON CONSIDERATION of the petition, the Juvenile Court hereby issues the following order pursuant to Welfare and Institutions Code section 827 and California Rules of Court, rule 5.552:

1.  Petitioner has established good cause for the release of all records from the Department file with redactions pursuant to applicable state and federal laws.

2.  As custodian of the records, the Department shall be responsible for the redacting of its records, taking care to make all appropriate mandatory redactions.

3.  The Court shall provide the Department copies of the documents that must be redacted prior to providing to petitioner.

4.  The Department shall redact the records pursuant to Welfare and Institutions Code section 827, California Rules of Court, rule 5.552, and Superior Court of Los Angeles County, Local Rules, rule 7.2. The Department shall remove any attorney-client information and psychological, educational, and medical information.

5.  Petitioner shall obtain the records from the Department. The Department shall arrange a method for petitioner to receive the records either via mail or in-person.

6.  The released documents shall only be used for the limited purpose of the civil action.

7.  If any juvenile case file records are attached to a document filed or submitted in the civil case, such records should be filed under seal.

8. Except as necessary in the civil case, the released documents shall not be disclosed to anyone other than the parties, their counsel (including investigators and adjusters), experts, and if applicable, the insurance carrier of the defendants.

9. Upon conclusion of the matter, extended if appeal is filed, all released documents are to be destroyed.

IT IS SO ORDERED.

DATE: 7-31-18

Michael Levanas
Presiding Judge of the Juvenile Court

3