JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNDEEIA BOWEN; L.T., a minor; G.G., a minor; K.L.T., a minor; K.S.T., a minor; M.A.T., a minor; M.L.T., a minor; and S.L.T., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, by and through the LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; KIMBERLY MILTON-JOHNSON; ANGELA PARKS-PYLES; ALEJANDRA SALOMON; DALILA SANDOVAL; JENINE MERCER; MARGARITA GONZALEZ; and DOES 1 through 50, inclusive,<br><br>Defendants. | CV 17-8221 PA (AFMx)<br><br>JUDGMENT |

Pursuant to the Court's November 16, 2018 Minute Order granting the Motion for Summary Judgment filed by defendants County of Los Angeles (the "County"), Kimberly Johnson (formerly Melton-Johnson), Jeanine St. Hill (formerly Mercer), Angela Parks-Pyles, Alejandra Salomon, Margarita Gonzalez, and Dalila Sandoval, which granted summary judgment to the individuals named as defendants in plaintiff Shawndeeia Bowen's

("Bowen") claim for violation of procedural and substantive due process to familial association pursuant to 42 U.S.C. § 1983 and Bowen's claim against the County for municipal liability pursuant to Monell v. New York City Dept. of Soc. Servs., 436 U.S. 658, 98 S. Ct. 2018, 56 L. Ed. 2d 611 (1978), and the Court's June 8, 2018 Minute Order dismissing the claims of L.T., G.G., K.L.T., K.S.T., M.A.T., M.L.T. and S.L.T. (collectively, the "Minors") without prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Kimberly Johnson (formerly Melton-Johnson), Jeanine St. Hill (formerly Mercer), Alejandra Salomon, Margarita Gonzalez, and Dalila Sandoval and against Bowen on Bowen's second claim for violation of Bowen's procedural and substantive due process rights to familial association; and

2. Judgment is entered in favor of the County and against Bowen on Bowen's third claim for municipal liability pursuant to Monell; and

3. The claims of L.T., G.G., K.L.T., K.S.T., M.A.T., M.L.T. and S.L.T. are dismissed without prejudice; and

4. Plaintiffs take nothing and that defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: November 16, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE